# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

14-3514

FTC v. Wyndham Worldwide Corp, et al

2-13-cv-01887

# O R D E R

The Court has received the Brief and Appendix from **Wyndham Hotels and Resorts LLC**.

**The appendix volume II does not comply with the following Court requirements:**

**Submission of Errors**

**.** Appendix Volume II attached to the brief event

In order to cure SUBMISSION errors, **Wyndham Hotels and Resorts LLC** must re-file Appendix Volume II as a separate electronic transaction. The following event should be used: "non criminal appendix". Upon re-filing, Volume II will be removed from the brief entry.

**Counsel or the party(ies) must correct the above listed deficiencies by 10/10/2014. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  10/7/2014

**MCW/cc:**	**Kenneth W. Allen, Esq.**
	**Eugene F. Assaf, Esq.**
	**David T. Cohen, Esq.**
	**Susan M. Davies, Esq.**
	**Jennifer A. Hradil, Esq.**
	**Christopher Landau, Esq.**
	**Joel R. Marcus, Esq.**
	**Michael W. McConnell, Esq.**
	**Douglas H. Meal, Esq.**

       **Justin T. Quinn, Esq.**
       **Mr.David C. Shonka Sr.,**
       **David L. Sieradzki, Esq.**

**For questions please contact the Clerk's Office at 267-299-4940.**